UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   11-cr-00062-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  TITO REYES-RODRIGUEZ,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, March 25, 2011,** and responses to these motions shall be filed by **Wednesday, April 6, 2011.**  It is

    FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, April 25, 2011, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

    ORDERED that the parties shall promptly contact the Court if a hearing on motions and/or final trial preparation conference need to be set.

    Dated:  February 25, 2011.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge