UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00062-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  TITO REYES-RODRIGUEZ,

     Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition was received in the above captioned matter on April 4, 2011.  Accordingly, the 3-day jury trial set to commence on Monday, April 25, 2011, at 9:00 a.m. is **VACATED**.  On or before **Monday, April 11, 2011**, counsel shall jointly contact my Chambers at (303) 844-2170 to set a Change of Plea Hearing.

     Dated: April 5, 2011