UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00062-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  TITO REYES-RODRIGUEZ,

     Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Change of Plea Hearing is **SET** for **Thursday, May 12, 2011, at 3:00 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

     Dated: April 5, 2011