UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00062-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  TITO REYES-RODRIGUEZ,

      Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict of the Court, the Change of Plea Hearing set for Thursday, May 12, 2011, at 3:00 p.m. is **VACATED.**  Counsel shall contact chambers at 303-335-2170 the week of May 16, 2011 to coordinate rescheduling the hearing.

      Dated:  May 12, 2011.