UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00062-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  TITO REYES-RODRIGUEZ,

      Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The Change of Plea Hearing is **RESET** for **Wednesday, July 6, 2011, at 4:00 p.m.**

      Dated:  May 25, 2011.