UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00062-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  TITO REYES-RODRIGUEZ,

   Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

   Due to a scheduling conflict, the Change of Plea Hearing scheduled for Wednesday, July 6, 2011, at 4:00 p.m. is **RESET** to **Wednesday, August 31, 2011, at 3:00 p.m.**

   Dated: June 16, 2011.